ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Bristol General Contractors, LLC               )   ASBCA No. 62452
                                               )
Under Contract No. FA4803-14-C-0021            )

APPEARANCES FOR THE APPELLANT:        Jonathan A. DeMella, Esq.
                                      Anne Marie Tavella, Esq.
                                        Davis Wright Tremaine LLP
                                        Anchorage, AK

APPEARANCES FOR THE GOVERNMENT:       Jeffrey P. Hildebrant, Esq.
                                        Deputy Chief Trial Attorney
                                      Michael J. Farr, Esq.
                                      Jason R. Smith, Esq.
                                        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  February 18, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62452, Appeal of Bristol General Contractors, LLC, rendered in conformance with the Board's Charter.

Dated:  February 18, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals